UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEMETRIUS D. BRAILEY WIFE OF/AND WILLIS BRAILEY, JR., ET AL** | * * * * | **CIVIL ACTION**<br><br>**NO.:** |
| **VERSUS** | * * | **JUDGE:** |
| **D.R. HORTON, INC. – GULF COAST AND DHI TITLE OF MINNESOTA, INC. D/B/A DHI TITLE OF LOUISIANA** | * * * | **MAGISTRATE JUDGE:** |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants D.R. Horton, Inc. – Gulf Coast ("D.R. Horton") and DHI Title of Minnesota, Inc. ("DHI Title"), subject to their right to compel arbitration pursuant to a binding and enforceable arbitration agreement and with full reservation of any and all defenses, exceptions, and objections, whether in state court or federal court or arbitration, including objections to personal jurisdiction, venue, forum selection, and convenience of the forum, hereby remove to this Court the civil action now pending in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, entitled *Demetrius D. Brailey wife of/and Willis Brailey, Jr., et al versus D.R. Horton, Inc. – Gulf Coast and DHI Title of Minnesota, Inc. d/b/a DHI Title of Louisiana*, No. 2019-13422, Division C (the "State Court Action"), upon showing that:

1. On July 3, 2019, Demetrius D. Brailey wife of/and Willis Brailey, Jr., Dedra Davis and Andre E. Davis, Darrell Foster and Alethea Foster, Brandon M. Loup and Kristen D. Strecker, Lindsay A. Reine and Roberto J. DeLeon, and Shannell Ruth Lumpkin-Caskey and William Howard Caskey (collectively, the "Plaintiffs") filed the State Court Action individually and as

4958817_1

purported representatives of a putative class.  A copy of the Plaintiffs' "Petition for Class Action" (the "Petition")  is attached as **Exhibit A**, as required by 28 U.S.C. § 1446.

2. The State Court Action names D.R. Horton and DHI Title as Defendants.

3. D.R. Horton and DHI Title were served with the citation and the Petition on July 25, 2019.  The receipts of service on D.R. Horton and DHI Title are attached hereto as **Exhibit B.**  This Notice of Removal is timely filed within thirty days from the date of service and receipt of the State Court Action, as required by 28 U.S.C. § 1446(b).

4. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that this is a civil action of which this Court has original jurisdiction.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because, as set forth below, there is complete diversity and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. A corporation is a citizen of the state of its principal place of business and its state of incorporation. 28 U.S.C. § 1332(c)(1).  D.R. Horton is a corporation organized under the laws of Delaware with its principal place of business in Texas.  Therefore, D.R. Horton is a citizen of Delaware and Texas.

6. Likewise, DHI Title is a corporation organized under the laws of Delaware with its principal place of business in Texas.  Therefore, DHI Title is a citizen of Delaware and Texas.

7. In a class action, diversity is determined by looking only to the citizenship of the named plaintiffs.  As alleged in the Petition, all named Plaintiffs are individuals and domiciliaries of and citizens of Louisiana.  *See* Exhibit A, Petition, introductory paragraph.

8. Because Plaintiffs are citizens of Louisiana and Defendants are citizens of Delaware and Texas, there is complete diversity under 28 U.S.C. § 1332.

9. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiffs seek to assert claims on behalf a class of all persons who purchased homes in a development district and in which D.R. Horton and DHI Title allegedly failed to make disclosures to the buyers regarding potential community development assessments.[1]  Exhibit A, Petition, ¶¶ 4-8 and Prayer for Relief.  The Plaintiffs seek, *inter alia*, damages caused by Defendants' supposed failures to disclose.  Exhibit A, Petition, ¶¶ 15-18.  Additionally, Plaintiffs seek rescission of the sales of the homes including "[r]eturn of the sales price of the subject properties."  Exhibit A, Petition, Prayer for Relief; *see also id.* ¶ 24.

10. In a class action at least one named plaintiff's claim must satisfy the amount in controversy requirement.  *See Exxon Mobil Corp. v. Allapattah Servs., Inc*., 545 U.S. 546, 549, (2005).  Attached to the Petition is an Act of Sale executed by named Plaintiff Demetrius D. Brailey wife of/and Willis Brailey, Jr. (the "Brailey's") in which they purchased a home from D.R. Horton for a sales price of $248,000.  *See* Exhibit A, Act of Cash Sale attached to the Petition.  While D.R. Horton and DHI Title deny all liability, because the Brailey's seek return of the sales price of $248,000, the Brailey's claims clearly involve an amount in controversy exceeding $75,000.00 excluding interest and costs.  *See* 28 U.S.C. § 1446(c)(2)(A).

11. The other named plaintiffs similarly seek the return of the purchase price of their homes – amounts that greatly exceed the jurisdictional amount.  Exhibit A, Petition, ¶ 24 and Prayer for Relief.

12. The United States District Court for the Eastern District of Louisiana is the district in which the State Court Action is pending.  Pursuant to 28 U.S.C. §§ 1441(a) and 1446 removal is

---

[1] Plaintiffs do not challenge the assessments themselves, the development district's legal authority to impose the assessments, or plaintiffs' obligation to pay them.  Plaintiffs' claims are solely against the seller and title company for supposed failures to disclose the potential for such assessments.

proper to the Eastern District, as the district court for the district where the State Court Action is pending.

13. With respect to removal under 28 U.S.C. § 1441, all named defendants have joined in and consented to removal. *See* 28 U.S.C. § 1446(b)(2)(A).

14. D.R. Horton and DHI Title will give written notice of the filing of this Notice of Removal to Plaintiffs.

15. D.R. Horton and DHI Title will file a copy of this Notice of Removal with the Clerk of Court for the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana, as required by 28 U.S.C. § 1446(d).

16. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on D.R. Horton and DHI Title in the State Court Action are attached to this Notice as Exhibit A and Exhibit B. No motions or other proceedings are pending in the State Court.

17. By virtue of this Notice of Removal, D.R. Horton and DHI Title do not waive their rights to assert any claims, defenses, or other motions permitted under the Federal Rules of Civil Procedure or the Federal Arbitration Act.

**WHEREFORE**, D.R. Horton, Inc. – Gulf Coast and DHI Title of Minnesota, Inc. remove this lawsuit from the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

4958817_1
- 4 -

Respectfully submitted,

/s/ James A. Brown
James A. Brown, T.A. (Bar #14101)
A'Dair R. Flynt (Bar # 37120)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108
jabrown@liskow.com
aflynt@liskow.com

***Attorneys for Defendants D.R. Horton, Inc. – Gulf Coast and DHI Title of Minnesota, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of July, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document with exhibits and notice of electronic filing to the attorneys for all parties.

/s/ James A. Brown